UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VALEDEZ,<br><br>                      Plaintiff,<br><br>v.<br><br>DR. MARQUEZ,<br><br>                      Defendants. | Case No.:  21-cv-1500-MMA-KSC<br><br>**ORDER GRANTING EX PARTE MOTION TO TAKE DEPOSITION FROM RICARDO VALDEZ [Doc. No. 14]** |

      Parties must obtain a court order before deposing any incarcerated person. *See* Fed. R. Civ. P. 30(a)(2)(B). Defendant seeks leave to take plaintiff's deposition in this matter because plaintiff is currently incarcerated in San Diego, California. *See* Doc. No. 14 at 1:23-2:4. Defendant argues there are no factors that would prevent plaintiff's deposition from going forward if noticed and that plaintiff's deposition is "crucial" to the lawsuit. *See id.* at 2:4-6. Defendant further requests the deposition should be conducted remotely, in conformity with Federal Rule of Civil Procedure 30(b)(4), because of concerns related to the COVID-19 pandemic. *See id.* at 2:6-13.

      The Court agrees with defendant that plaintiff's deposition testimony is discoverable in this matter. The Court hereby **GRANTS** defendant's ex parte application. Plaintiff's deposition will be conducted upon reasonale notice to plaintiff, and it may be conducted remotely (in conformity with the prison's regulations and procedures).

1      **IT IS SO ORDERED**

2     Dated:  September 12, 2022

Hon. Karen S. Crawford
United States Magistrate Judge